**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sandra A. Abreu             CHAPTER 7

           Debtor(s)             BKY. NO. 19-17917 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nissan Motor Acceptance Corporation and index same on the master mailing list.

                           Respectfully submitted,
                           **/s/ Rebecca A. Solarz Esquire**
                           Rebecca A Solarz, Esquire
                           Kevin G. McDonald, Esquire
                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322