## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sandra A. Abreu<br>_Debtor(s)_ | CHAPTER 7 |
| Nissan Motor Acceptance Corporation<br>_Movant_<br>vs.<br>Sandra A. Abreu<br>_Debtor(s)_ | NO. 19-17917 JKF |
| Christine C. Shubert Esq.<br>_Trustee_ | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Nissan Motor Acceptance Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 Nissan Rogue, VIN: 5N1AT2MV9EC789425   in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  3rd     day of  March    , 2020.

United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Sandra A. Abreu
2173 Oak Hollow Drive
Columbia, PA 17512

Alaine V. Grbach, Esq.
Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601

Christine C. Shubert Esq.
10 Teaberry Drive (VIA ECF)
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532