United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-17917-jkf
Sandra A. Abreu                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: John              Page 1 of 1           Date Rcvd: Mar 03, 2020
                            Form ID: pdf900         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
```
db             +Sandra A. Abreu,    2173 Oak Hollow Drive,    Columbia, PA 17512-9584
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Nissan Motor Acceptance Corporation,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14442634       +Nissan Motor Acceptance,    Attn: Bankruptcy,    Po Box 660360,    Dallas, TX 75266-0360
14467017       +Nissan Motor Acceptance Corporation,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2020 03:20:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 04 2020 03:20:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 2

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:
```
              ALAINE V. GRBACH    on behalf of Debtor Sandra A. Abreu avgrbach@aol.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 4
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sandra A. Abreu<br>           <u>Debtor(s)</u> | CHAPTER 7 |
| Nissan Motor Acceptance Corporation<br>           <u>Movant</u><br>      vs. | NO. 19-17917 JKF |
| Sandra A. Abreu<br>           <u>Debtor(s)</u> | |
| Christine C. Shubert Esq.<br>           <u>Trustee</u> | 11 U.S.C. Section 362 |

**<u>ORDER TERMINATING AUTOMATIC STAY</u>**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Nissan Motor Acceptance Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 Nissan Rogue, VIN: 5N1AT2MV9EC789425   in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  3rd     day of  March    , 2020.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Sandra A. Abreu
2173 Oak Hollow Drive
Columbia, PA 17512

Alaine V. Grbach, Esq.
Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601

Christine C. Shubert Esq.
10 Teaberry Drive (VIA ECF)
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532