Certificate Number: 16339-PAE-DE-034355098

Bankruptcy Case Number: 19-17917



16339-PAE-DE-034355098

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 17, 2020</u>, at <u>6:29</u> o'clock <u>PM EDT</u>, <u>Sandra Abreu</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>April 17, 2020</u>          By: <u>/s/Kelley Tipton</u>

Name: <u>Kelley Tipton</u>

Title: <u>Certified Financial Counselor</u>