United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sandra A. Abreu  
    Debtor

Case No. 19-17917-pmm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: John     Page 1 of 1     Date Rcvd: Jun 22, 2020  
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2020.  
db          +Sandra A. Abreu,    2173 Oak Hollow Drive,    Columbia, PA 17512-9584

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2020 at the address(es) listed below:  
       ALAINE V. GRBACH    on behalf of Debtor Sandra A. Abreu avgrbach@aol.com  
       CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Sandra A. Abreu  : Case No. 19−17917−pmm

    Debtor(s)

### *ORDER*
_____

AND NOW, this day , June 22, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

22
Form 195